UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NELSON, SCOTT ALAN | § | Case No. 10-56534 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/JOSEPH E. COHen_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCOTT NELSON |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Abn Amro Mortgage Grou PO Box 79022 Saint Louis, MO 63179 |  |  |  |  |  |
|  | Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lisa Nelson W292N6299 Dorn Rd. Hartland, WI 53029 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Emerge/fnbo Po Box 105374 Atlanta, GA 30348 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-56534   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NELSON, SCOTT ALAN | Date Filed (f) or Converted (c): | 12/22/10 (f) |
| | | 341(a) Meeting Date: | 02/04/11 |
| For Period Ending: | 12/16/14 | Claims Bar Date: | 03/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2160 N. Millstone Dr., Lake Villa, IL; Value per z | 187,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 2,040.30 | 0.00 | | 0.00 | FA |
| 3. Chase savings acct #3695 $5; Chase checking acct # | 30.00 | 0.00 | | 0.00 | FA |
| 4. Chase Money Market account #1538 (joint account wi | 0.12 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Various books and wall hangings | 100.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Various costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9. JP Morgan Chase IRA | 5,330.01 | 0.00 | | 0.00 | FA |
| 10. 2006 Toyota Highlander, good condition, over 50K | 15,125.00 | 0.00 | | 7,000.00 | FA |
| 11. 1 goldfish | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $211,925.43 | $0.00 | | $7,000.00 | $0.00 Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF TOYOTA HIGHLANDER.  TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE BACK VEHICLE.  TRUSTEE HAS SOLD VEHICLE AND PAID EXEMPTION TO THE DEBTOR.  TRUSTEE IS PREPARING HIS FINAL REPORT - January 15, 2014.  TRUSTEE IS PREPARING HIS TFR AND RELATED DOCUMENTS - April 30, 2014.  TRUSTEE'S TFR WAS FILED WITH THE COURT ON JUNE 10, 2014 - June 17, 2014.  TRUSTEE HAS MADE HIS DISTRIBUTION AND IS SUBMITTING HIS TDR TO THE UST FOR REVIEW - December 16, 2014.

Initial Projected Date of Final Report (TFR): 11/30/12     Current Projected Date of Final Report (TFR): 03/30/14

LFORM1                                                                                                                                               Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-56534 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NELSON, SCOTT ALAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2440 Checking Account |
| Taxpayer ID No: | *******7107 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/28/13 | 10 | AMERICAN AUCTION ASSOCIATES, INC. | Sale of Vehicle | 1129-000 | 7,000.00 | | 7,000.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,989.93 |
| 07/23/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 431.73 | 6,558.20 |
| | | | Auctioneer Expenses | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 6,547.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,537.93 |
| 09/11/13 | 300002 | SCOTT NELSON | Payment of exemption | 8100-000 | | 6,089.34 | 448.59 |
| | | | Payment of exemption | | | | |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 0.65 | 447.94 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 07/16/14 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 253.74 | 194.20 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees  227.66 | 2100-000 | | | |
| | | | Expenses  26.08 | 2200-000 | | | |
| 07/16/14 | 300005 | Discover Bank | Claim 000001, Payment 3.95941% | 7100-000 | | 194.20 | 0.00 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany OH 43054-3025 | | | | | |

Page Subtotals  7,000.00  7,000.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-56534 -ABG |
| Case Name: | NELSON, SCOTT ALAN |
| Taxpayer ID No: | *******7107 |
| For Period Ending: | 12/16/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2440  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.00 | 7,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,000.00 | 7,000.00 | |
| | | | Less: Payments to Debtors | | | 6,089.34 | |
| | | | Net | | 7,000.00 | 910.66 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********2440 | | 7,000.00 | 910.66 | 0.00 |
| | | | | | 7,000.00 | 910.66 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*